[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Danopulos v. Am. Trading II, L.L.C.,* Slip Opinion No. 2019-Ohio-3204.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2019-OHIO-3204

DANOPULOS, APPELLEE, *v.* AMERICAN TRADING II, L.L.C., APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Danopulos v. Am. Trading II, L.L.C.,* Slip Opinion No. 2019-Ohio-3204.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2018-1157—Submitted July 9, 2019—Decided August 13, 2019.)

APPEAL from the Court of Appeals for Hamilton County,

No. C-170461, 2018-Ohio-2536.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

{¶ 2} The court orders that the opinion of the court of appeals may not be cited as authority except by the parties inter se.

O'CONNOR, C.J., and FISCHER, HENSAL, DONNELLY, and STEWART, JJ., concur.

KENNEDY and FRENCH, JJ., dissent.

JENNIFER HENSAL, J., of the Ninth District Court of Appeals, sitting for DEWINE, J.

_____

W. Michael Conway, for appellee.

Crehan & Thumann, L.L.C., and Robert J. Thumann, for appellant.

Bricker & Eckler, L.L.P., Anne Marie Sferra, David K. Stein, and Lindsey A. Roberts, urging reversal for amici curiae, Ohio Pawnbrokers Association, Ohio Council of Retail Merchants, Jewelers' Security Alliance, and Mid-America Jewelers Association.

_____